AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MELISSA ORTIZ <br><br> *Plaintiff(s)* <br> v. <br> BAYER CORPORATION, BAYER A.G., BAYER PHARMA A.G., BAYER HEALTHCARE LLC, BAYER ESSURE INC. f/k/a CONCEPTUS INC., and BAYER HEALTHCARE PHARMACEUTICALS INC <br> *Defendant(s)* | Civil Action No. 20cv4266(JS)(ARL) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BAYER CORPORATION, 100 Bayer Rd Building 4, Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID J. HERNANDEZ, ESQ., 26 COURT STREET, SUITE 1602, BROOKLYN, NEW YORK 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 09/14/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MELISSA ORTIZ<br><br>*Plaintiff(s)*<br>v.<br>BAYER CORPORATION, BAYER A.G., BAYER PHARMA A.G., BAYER HEALTHCARE LLC, BAYER ESSURE INC. f/k/a CONCEPTUS INC., and BAYER HEALTHCARE PHARMACEUTICALS INC<br>*Defendant(s)* | Civil Action No. 20cv4266(JS)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAYER A.G., 40789 Monheim am Rhein, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID J. HERNANDEZ, ESQ., 26 COURT STREET, SUITE 1602, BROOKLYN, NEW YORK 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  09/14/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MELISSA ORTIZ <br><br> *Plaintiff(s)* <br> v. <br><br> BAYER CORPORATION, BAYER A.G., BAYER PHARMA A.G., BAYER HEALTHCARE LLC, BAYER ESSURE INC. f/k/a CONCEPTUS INC., and BAYER HEALTHCARE PHARMACEUTICALS INC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 20cv4266(JS)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAYER PHARMA A.G., 40789 Monheim am Rhein, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID J. HERNANDEZ, ESQ., 26 COURT STREET, SUITE 1602, BROOKLYN, NEW YORK 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 09/14/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MELISSA ORTIZ <br><br> *Plaintiff(s)* <br> v. <br> BAYER CORPORATION, BAYER A.G., BAYER PHARMA A.G., BAYER HEALTHCARE LLC, BAYER ESSURE INC. f/k/a CONCEPTUS INC., and BAYER HEALTHCARE PHARMACEUTICALS INC <br> *Defendant(s)* | Civil Action No. 20cv4266(JS)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAYER HEALTHCARE LLC, 100 Bayer Blvd, Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID J. HERNANDEZ, ESQ., 26 COURT STREET, SUITE 1602, BROOKLYN, NEW YORK 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 09/14/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| MELISSA ORTIZ | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) | Civil Action No. 20cv4266(JS)(ARL) |
| BAYER CORPORATION, BAYER A.G., BAYER PHARMA A.G., BAYER HEALTHCARE LLC, BAYER ESSURE INC. f/k/a CONCEPTUS INC., and BAYER HEALTHCARE PHARMACEUTICALS INC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAYER ESSURE INC. F/K/A CONCEPTUS, INC., 100 Bayer Blvd, Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID J. HERNANDEZ, ESQ., 26 COURT STREET, SUITE 1602, BROOKLYN, NEW YORK 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   09/14/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| MELISSA ORTIZ<br><br>*Plaintiff(s)*<br>v.<br>BAYER CORPORATION, BAYER A.G., BAYER PHARMA A.G., BAYER HEALTHCARE LLC, BAYER ESSURE INC. f/k/a CONCEPTUS INC., and BAYER HEALTHCARE PHARMACEUTICALS INC<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  20cv4266(JS)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAYER HEALTHCARE PHARMACEUTICALS, INC, 100 Bayer Blvd, Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID J. HERNANDEZ, ESQ., 26 COURT STREET, SUITE 1602, BROOKLYN, NEW YORK 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  09/14/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*